JEFFREY BOSSERT CLARK
Acting Assistant Attorney General
DAVID L. ANDERSON
United States Attorney
ALEXANDER K. HAAS
Director, Federal Programs Branch
BRIGHAM J. BOWEN
Assistant Branch Director
JASON C. LYNCH (D.C. Bar No. 1016319)
MICHAEL P. CLENDENEN (D.C. Bar No. 1660091)
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch

    1100 L Street NW
    Washington, DC 20530
    Tel: (202) 514-1359
    Fax: (202) 616-8460
    Email: jason.lynch@usdoj.gov

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THE CITY OF PORTLAND AND THE CITY OF OAKLAND,<br><br>    Plaintiffs,<br><br>    v.<br><br>WILLIAM BARR, in his official capacity as United States Attorney General, *et al.*,<br><br>    Defendants. | Case No. 3:20-cv-7184-SK<br><br>**STIPULATION: [PROPOSED] ORDER** |

STIPULATION AND PROPOSED ORDER
Case No. 3:20-cv-7184-SK

1     Subject to the Court's approval, Plaintiffs and Defendants, through their undersigned counsel of
2  record, HEREBY STIPULATE as follows:

3    1. The Complaint in this case was filed on October 14, 2020, and Defendants' response is due
4       December 21, 2020.

5    2. Defendants intend to file a motion to dismiss. Under Local Civil Rules 7-2 and 7-3,
6       Defendants' motion and reply would be limited to 25 and 15 pages, respectively.

7    3. This case involves a number of different claims, brought by two different cities, against
8       several federal agencies and officers. Defendants will be raising both jurisdictional and non-
9       jurisdictional arguments against both Plaintiffs and all claims. Defendants believe that they
10      need additional pages to make these arguments fully, and that the Court would benefit from
11      that additional briefing.

12   4. Defendants may file a motion to dismiss of up to 40 pages and a reply of up to 25 pages.

13  IT IS SO STIPULATED.

14  //

15  //

16  //

17  Dated: December 16, 2020                    Respectfully submitted,

18                                              JEFFREY BOSSERT CLARK
                                                Acting Assistant Attorney General
19

20                                              DAVID L. ANDERSON
                                                United States Attorney
21
                                                ALEXANDER K. HAAS
22                                              Director, Federal Programs Branch

23                                              BRIGHAM J. BOWEN
                                                Assistant Branch Director
24

25                                              */s/ Jason C. Lynch*
                                                JASON C. LYNCH (D.C. Bar No. 1016319)
26                                              MICHAEL P. CLENDENEN (D.C. Bar No. 1660991)
                                                Trial Attorneys
27                                              United States Department of Justice
                                                Civil Division, Federal Programs Branch
28                                              1100 L Street NW

STIPULATION & PROPOSED ORDER

|   |   |
|---|---|
| 1 | Washington, DC 20530 |
| 2 | Tel: (202) 514-1359 |
|   | Fax: (202) 616-8460 |
| 3 | Email: jason.lynch@usdoj.gov |

*Attorneys for Defendants*

/s/ Jonathan Miller
JONATHAN MILLER, Legal Director
Admitted *Pro Hac Vice*
JILL HABIG, President, CA SBN 268770
LIJIA GONG, Counsel, CA SBN 294268
VICTORIA STILWELL, Staff Attorney, CA SBN 330397
Public Rights Project
4096 Piedmont Avenue #149
Oakland, California 94611
T: (301) 335-3828
Email: jon@publicrightsproject.org

*Attorneys for Plaintiffs*

OFFICE OF THE CITY ATTORNEY
CITY OF PORTLAND
TRACY REEVE, OR SBN 891123
City Attorney
Admitted *Pro Hac Vice*
ROBERT TAYLOR, OR SBN 044287
Chief Deputy City Attorney
Admitted *Pro Hac Vice*
DENIS VANNIER, OR SBN 044406
Senior Deputy City Attorney
Admitted *Pro Hac Vice*
NAOMI SHEFFIELD, OR SBN 170601
Deputy City Attorney
Admitted *Pro Hac Vice*
1221 SW 4th Avenue, Suite 430
Portland, Oregon 97204
T: (503) 823-4047; F: (503) 823-3089
Email: robert.taylor@portlandoregon.gov

*Attorneys for Plaintiff City of Portland*

OFFICE OF THE CITY ATTORNEY
CITY OF OAKLAND
BARBARA J. PARKER, CA SBN 069722
City Attorney
MARIA BEE, CA SBN 167716
Chief Assistant City Attorney

STIPULATION & PROPOSED ORDER

ZOE M. SAVITSKY, CA SBN 281616
Supervising Deputy City Attorney
MALIA MCPHERSON, CA SBN 313918
Deputy City Attorney
One Frank H. Ogawa Plaza, 6th Floor
Oakland, California 94612
T: (510) 238-3601; F: (510) 238-6500
Email: zsavitsky@oaklandcityattorney.org

*Attorneys for Plaintiff City of Oakland*

# [PROPOSED] ORDER

Pursuant to stipulation, IT IS SO ORDERED.

Date: _____

EDWARD M. CHEN
United States District Judge

STIPULATION & PROPOSED ORDER