BRIAN M. BOYNTON
Acting Assistant Attorney General
DAVID L. ANDERSON
United States Attorney
ALEXANDER K. HAAS
Director, Federal Programs Branch
BRIGHAM J. BOWEN
Assistant Branch Director
JASON C. LYNCH (D.C. Bar No. 1016319)
MICHAEL P. CLENDENEN (D.C. Bar No. 1660091)
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch

    1100 L Street NW
    Washington, DC 20530
    Tel: (202) 514-1359
    Fax: (202) 616-8460
    Email: jason.lynch@usdoj.gov

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THE CITY OF PORTLAND AND THE CITY OF OAKLAND,<br><br>    Plaintiffs,<br><br>v.<br><br>ROBERT M. WILKINSON, in his official capacity as Acting United States Attorney General, *et al.*,<br><br>    Defendants. | Case No. 3:20-cv-7184-EMC<br><br>**STIPULATION: [~~PROPOSED~~] ORDER AS MODIFIED** |

STIPULATION AND ~~PROPOSED~~ ORDER
Case No. 3:20-cv-7184-EMC

Subject to the Court's approval, Plaintiffs and Defendants, through their undersigned counsel of record, HEREBY STIPULATE as follows:

1. The Amended Complaint in this case was filed on January 21, 2021, and Defendants' response is due February 4, 2021. Defendants intend to file a motion to dismiss.

2. On January 20, 2021, new leadership assumed responsibility for the Department of Homeland Security and the Department of Justice. An extension of time would afford these officials sufficient time to become familiar with the issues in this case. An extension of time would also afford the Parties an opportunity to discuss whether the case can be resolved without further litigation.

3. Defendants shall file any motion to dismiss the Amended Complaint by March 5, 2021.

4. The case management conference should, accordingly, be rescheduled for Thursday, April 1, 2021, or a date thereafter that is convenient for the Court.

5. Under Local Civil Rules 7-2 and 7-3, Defendants' motion and reply would be limited to 25 and 15 pages, respectively. Plaintiffs' opposition would be limited to 25 pages.

6. The Amended Complaint brings a number of different claims, by two different cities, against several federal agencies and officers. Defendants will be raising both jurisdictional and non-jurisdictional arguments against both Plaintiffs and all claims. Defendants believe that they need additional pages to make these arguments fully, and that the Court would benefit from that additional briefing.

7. Defendants may file a motion to dismiss of up to ~~40~~ 35 pages and a reply of up to ~~25~~ 20 pages.

8. Plaintiffs may file an opposition of up to ~~40~~ 35 pages.

IT IS SO STIPULATED.

//
//
//
//
//
//

STIPULATION & ~~PROPOSED~~ ORDER

| | |
|---|---|
| Dated: January 27, 2021 | Respectfully submitted, |
| | BRIAN M. BOYNTON<br>Acting Assistant Attorney General |
| | DAVID L. ANDERSON<br>United States Attorney |
| | ALEXANDER K. HAAS<br>Director, Federal Programs Branch |
| | BRIGHAM J. BOWEN<br>Assistant Branch Director |
| | */s/ Jason C. Lynch*<br>JASON C. LYNCH (D.C. Bar No. 1016319)<br>MICHAEL P. CLENDENEN (D.C. Bar No. 1660991)<br>Trial Attorneys<br>United States Department of Justice<br>Civil Division, Federal Programs Branch<br>1100 L Street NW<br>Washington, DC 20530<br>Tel: (202) 514-1359<br>Fax: (202) 616-8460<br>Email: jason.lynch@usdoj.gov |
| | *Attorneys for Defendants* |
| | /s/ Jonathan B. Miller<br>JONATHAN B. MILLER, Legal Director<br>Admitted *Pro Hac Vice*<br>JILL HABIG, President, CA SBN 268770<br>LIJIA GONG, Counsel, CA SBN 294268<br>Public Rights Project<br>4096 Piedmont Avenue #149<br>Oakland, California 94611<br>T: (301) 335-3828<br>Email: jon@publicrightsproject.org |
| | *Attorneys for Plaintiffs* |
| | OFFICE OF THE CITY ATTORNEY<br>CITY OF PORTLAND<br>ROBERT TAYLOR, OR SBN 044287<br>Interim City Attorney<br>Admitted *Pro Hac Vice*<br>DENIS VANNIER, OR SBN 044406<br>Senior Deputy City Attorney |

STIPULATION & ~~PROPOSED~~ ORDER

Admitted *Pro Hac Vice*
NAOMI SHEFFIELD, OR SBN 170601
Deputy City Attorney
Admitted *Pro Hac Vice*
1221 SW 4th Avenue, Suite 430
Portland, Oregon 97204
T: (503) 823-4047; F: (503) 823-3089
Email: robert.taylor@portlandoregon.gov

*Attorneys for Plaintiff City of Portland*

OFFICE OF THE CITY ATTORNEY
CITY OF OAKLAND
BARBARA J. PARKER, CA SBN 069722
City Attorney
MARIA BEE, CA SBN 167716
Chief Assistant City Attorney
ZOE M. SAVITSKY, CA SBN 281616
Supervising Deputy City Attorney
MALIA MCPHERSON, CA SBN 313918
Deputy City Attorney
One Frank H. Ogawa Plaza, 6th Floor
Oakland, California 94612
T: (510) 238-3601; F: (510) 238-6500
Email: zsavitsky@oaklandcityattorney.org

*Attorneys for Plaintiff City of Oakland*

### [~~PROPOSED~~] ORDER

Pursuant to stipulation, IT IS SO ORDERED.

Date: January 28, 2021

_____
EDWARD M. CHEN
United States District Judge

STIPULATION & ~~PROPOSED~~ ORDER