1

2    OFFICE OF THE CITY ATTORNEY
     CITY OF PORTLAND
3    ROBERT TAYLOR, OR State Bar # 044287
     Interim City Attorney
     *Admitted Pro Hac Vice*
4    DENIS VANNIER, OR State Bar # 044406
     Senior Deputy City Attorney
5    *Admitted Pro Hac Vice*
     NAOMI SHEFFIELD, OR State Bar # 170601
6    Deputy City Attorney
     *Admitted Pro Hac Vice*
7    1221 SW 4th Avenue, Suite 430
     Portland, Oregon 97204
8    T: (503) 823-4047; F: (503) 823-3089
     Email: robert.taylor@portlandoregon.gov
9            denis.vannier@portlandoregon.gov
             naomi.sheffield@portlandoregon.gov
10   *Attorneys for Plaintiff City of Portland*

11

12

13

14

15

16

17

18

19

20

21   THE CITY OF PORTLAND AND THE
     CITY OF OAKLAND,
22                    Plaintiffs,

23   v.

24
     ROBERT M. WILKINSON, in his official
25   capacity as Acting United States Attorney
     General, *et al.,*
26                    Defendants.

27

28
     STIPULATION AND PROPOSED ORDER
     Case No. 3:20-cv-7184-EMC

OFFICE OF THE CITY ATTORNEY
CITY OF OAKLAND
BARBARA J. PARKER, CA State Bar # 069722
City Attorney
MARIA BEE, CA State Bar # 167716
Chief Assistant City Attorney
ZOE M. SAVITSKY, CA State Bar # 281616
Supervising Deputy City Attorney
MALIA MCPHERSON, CA State Bar # 313918
Deputy City Attorney
One Frank H. Ogawa Plaza, 6th Floor
Oakland, California 94612
T: (510) 238-6623; F: (510) 238-6500
Email: zsavitsky@oaklandcityattorney.org
       mmcpherson@oaklandcityattorney.org
*Attorneys for Plaintiff City of Oakland*

JILL HABIG, President, CA State Bar # 268770
JONATHAN B. MILLER, Legal Director, MA
State Bar # 663012
*Admitted Pro Hac Vice*
LIJIA GONG, Counsel, CA State Bar # 294268
4096 Piedmont Avenue #149
Oakland, California 94611
T: (301) 335-3828
Email: lijia@publicrightsproject.org
       jon@publicrightsproject.org
*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

Case No. 3:20-cv-7184-EMC

**STIPULATION: [PROPOSED ORDER]**

Subject to the Court's approval, Plaintiffs and Defendants, through their undersigned counsel of record, HEREBY STIPULATE as follows:

1.     Plaintiffs filed the instant action on October 14, 2020.

2.     Defendants filed a motion to dismiss or, in the alternative, to transfer venue on December 21, 2020.

3.     On January 20, 2021, new leadership assumed responsibility for the Department of Homeland Security and the Department of Justice.

4.     Following an enlargement of time allowed by the Court, Plaintiffs filed their First Amended Complaint pursuant to Federal Rule of Civil Procedure 15(a)(1) on January 21, 2021.

5.     On January 27, 2021, the Parties stipulated to an extension of deadlines and an enlargement of pages relating to Defendants' anticipated renewed motion to dismiss.

6.     According to the Order entered by the Court on January 28, 2021, Defendants' response to the First Amended Complaint is due by March 5, 2021. The Initial Case Management Conference is scheduled for April 1, 2021.

7.     Since the Court's entry of the updated scheduling order, the Parties have begun discussing whether the case can be resolved without further litigation.

8.     Pursuant to Local Civil Rules 6-1 and 6-2, the Parties now ask the Court to change the dates of all subsequent events or deadlines previously fixed by the Court. Specifically, the Parties request that all deadlines be moved forward by 180 days.

9.     The Parties believe that an extension of the deadlines will enable the Parties to continue discussions and allow for the possibility of resolution without further litigation without simultaneously devoting resources to briefing deadlines and other litigation obligations in this case.

10.    An extension of time would also afford new administration officials more time to become familiar with the issues in this case.

11.    Pursuant to this extension of time, Defendants shall file any response to the First Amended Complaint on or before September 7, 2021.

12.    The case management conference should, accordingly, be rescheduled for Thursday, October 7, 2021, or a date thereafter that is convenient for the Court.

2

STIPULATION & PROPOSED ORDER

13.     Given the length of the extensions proposed, the Parties also stipulate to file with the Court a joint status report every 60 days. The joint status reports shall be filed on or before: April 15, 2021; June 15, 2021; and August 16, 2021.

IT IS SO STIPULATED.


Dated: February 22, 2021                     Respectfully submitted,

                                             */s/ Jonathan B. Miller*
                                             JONATHAN B. MILLER, MA SBN 663012
                                             Legal Director
                                             Admitted *Pro Hac Vice*
                                             JILL HABIG, President, CA SBN 268770
                                             LIJIA GONG, Counsel, CA SBN 294268
                                             Public Rights Project
                                             4096 Piedmont Avenue #149
                                             Oakland, California 94611
                                             T: (301) 335-3828
                                             Email: jon@publicrightsproject.org

                                             *Attorneys for Plaintiffs*

                                             OFFICE OF THE CITY ATTORNEY
                                             CITY OF PORTLAND
                                             ROBERT TAYLOR, OR SBN 044287
                                             Interim City Attorney
                                             Admitted *Pro Hac Vice*
                                             DENIS VANNIER, OR SBN 044406
                                             Senior Deputy City Attorney
                                             Admitted *Pro Hac Vice*
                                             NAOMI SHEFFIELD, OR SBN 170601
                                             Deputy City Attorney
                                             Admitted *Pro Hac Vice*
                                             1221 SW 4th Avenue, Suite 430
                                             Portland, Oregon 97204
                                             T: (503) 823-4047; F: (503) 823-3089
                                             Email: robert.taylor@portlandoregon.gov

                                             *Attorneys for Plaintiff City of Portland*

STIPULATION & PROPOSED ORDER

OFFICE OF THE CITY ATTORNEY
CITY OF OAKLAND
BARBARA J. PARKER, CA SBN 069722
City Attorney
MARIA BEE, CA SBN 167716
Chief Assistant City Attorney
ZOE M. SAVITSKY, CA SBN 281616
Supervising Deputy City Attorney
MALIA MCPHERSON, CA SBN 313918
Deputy City Attorney
One Frank H. Ogawa Plaza, 6th Floor
Oakland, California 94612
T: (510) 238-3601; F: (510) 238-6500
Email: zsavitsky@oaklandcityattorney.org

*Attorneys for Plaintiff City of Oakland*

BRIAN M. BOYNTON
Acting Assistant Attorney General

DAVID L. ANDERSON
United States Attorney

ALEXANDER K. HAAS
Director, Federal Programs Branch

BRIGHAM J. BOWEN
Assistant Branch Director

*/s/ Jason C. Lynch*
JASON C. LYNCH (D.C. Bar No. 1016319)
MICHAEL P. CLENDENEN (D.C. Bar No. 1660991)
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20530
Tel: (202) 514-1359
Fax: (202) 616-8460
Email: jason.lynch@usdoj.gov

*Attorneys for Defendants*

STIPULATION & PROPOSED ORDER

4

1

**[PROPOSED] ORDER**

2

Pursuant to stipulation, IT IS SO ORDERED.

3

4

5    Date:

6                                          _____
                                           EDWARD M. CHEN
7                                          United States District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION & PROPOSED ORDER

1

**CERTIFICATE OF SERVICE**

2

I, Jonathan B. Miller, hereby certify that the foregoing was filed through the CM/ECF system in

3

4

the Northern District of California and will be sent electronically to the registered participants.

5

6

7

Dated: February 22, 2021                          */s/ Jonathan B. Miller*
                                                  Jonathan B. Miller

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION & PROPOSED ORDER