BRIAN M. BOYNTON
Acting Assistant Attorney General
STEPHANIE HINDS
Acting United States Attorney
ALEXANDER K. HAAS
Director, Federal Programs Branch
BRIGHAM J. BOWEN
Assistant Branch Director
JASON C. LYNCH (D.C. Bar No. 1016319)
MICHAEL P. CLENDENEN (D.C. Bar No. 1660091)
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch

    1100 L Street NW
    Washington, DC 20530
    Tel: (202) 514-1359
    Fax: (202) 616-8460
    Email: jason.lynch@usdoj.gov

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THE CITY OF PORTLAND AND THE CITY OF OAKLAND,<br><br>    Plaintiffs,<br><br>v.<br><br>MERRICK GARLAND, in his official capacity as United States Attorney General, *et al.*,<br><br>    Defendants. | Case No. 3:20-cv-7184-EMC<br><br>**JOINT STATUS REPORT** |

JOINT STATUS REPORT

**JOINT STATUS REPORT**

On February 23, 2021, the Court entered a Stipulated Order, ECF No. 46, extending by six months the Parties' deadlines in this case. The Court ordered further that the Parties file joint status reports every 60 days, beginning on April 15, 2021. On April 15, the Parties reported that they had been in regular communications about whether this case can be resolved without further litigation.

Those discussions have continued since the Parties' last report. On April 26, 2021, Defendants responded to Plaintiffs' initial settlement proposal. Plaintiffs followed up with a second settlement proposal on May 11, 2021, to which Defendants responded on May 25, 2021. The Parties have spoken since then, in anticipation of this status report, and remain hopeful that the case can be resolved without further litigation. That is partly because changed circumstances have reduced the points of contention in this case.

Consistent with the Court's prior order, the Parties propose that they file another joint status report on August 16, 2021.

//

Dated: June 15, 2021

Respectfully submitted,

BRIAN M. BOYNTON
Acting Assistant Attorney General

STEPHANIE HINDS
Acting United States Attorney

ALEXANDER K. HAAS
Director, Federal Programs Branch

BRIGHAM J. BOWEN
Assistant Branch Director

*/s/ Jason C. Lynch*
JASON C. LYNCH (D.C. Bar No. 1016319)
MICHAEL P. CLENDENEN (D.C. Bar No. 1660991)
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20530
Tel: (202) 514-1359
Fax: (202) 616-8460

[SEAL: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — APPROVED June 15, 2021, Judge Edward M. Chen]

JOINT STATUS REPORT

Email: jason.lynch@usdoj.gov

*Attorneys for Defendants*

/s/ Jonathan B. Miller
JONATHAN B. MILLER, Legal Director
Admitted *Pro Hac Vice*
JILL HABIG, President, CA SBN 268770
LIJIA GONG, Counsel, CA SBN 294268
Public Rights Project
4096 Piedmont Avenue #149
Oakland, California 94611
T: (301) 335-3828
Email: jon@publicrightsproject.org

*Attorneys for Plaintiffs*

OFFICE OF THE CITY ATTORNEY
CITY OF PORTLAND
ROBERT TAYLOR, OR SBN 044287
Interim City Attorney
Admitted *Pro Hac Vice*
DENIS VANNIER, OR SBN 044406
Senior Deputy City Attorney
Admitted *Pro Hac Vice*
NAOMI SHEFFIELD, OR SBN 170601
Deputy City Attorney
Admitted *Pro Hac Vice*
1221 SW 4th Avenue, Suite 430
Portland, Oregon 97204
T: (503) 823-4047;  F: (503) 823-3089
Email: robert.taylor@portlandoregon.gov

*Attorneys for Plaintiff City of Portland*

OFFICE OF THE CITY ATTORNEY
CITY OF OAKLAND
BARBARA J. PARKER, CA SBN 069722
City Attorney
MARIA BEE, CA SBN 167716
Chief Assistant City Attorney
ZOE M. SAVITSKY, CA SBN 281616
Supervising Deputy City Attorney
MALIA MCPHERSON, CA SBN 313918
Deputy City Attorney
One Frank H. Ogawa Plaza, 6th Floor
Oakland, California 94612
T: (510) 238-3601;  F: (510) 238-6500

JOINT STATUS REPORT

Email: zsavitsky@oaklandcityattorney.org

*Attorneys for Plaintiff City of Oakland*

JOINT STATUS REPORT