BRIAN M. BOYNTON
Acting Assistant Attorney General
STEPHANIE HINDS
Acting United States Attorney
ALEXANDER K. HAAS
Director, Federal Programs Branch
BRIGHAM J. BOWEN
Assistant Branch Director
JASON C. LYNCH (D.C. Bar No. 1016319)
MICHAEL P. CLENDENEN (D.C. Bar No. 1660091)
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch

    1100 L Street NW
    Washington, DC 20530
    Tel: (202) 514-1359
    Fax: (202) 616-8460
    Email: jason.lynch@usdoj.gov

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THE CITY OF PORTLAND AND THE CITY OF OAKLAND,<br><br>        Plaintiffs,<br><br>    v.<br><br>MERRICK GARLAND, in his official capacity as United States Attorney General, *et al.*,<br><br>        Defendants. | Case No. 3:20-cv-7184-EMC<br><br>**JOINT STATUS REPORT** |

**JOINT STATUS REPORT**

On February 23, 2021, the Court entered a Stipulated Order, ECF No. 46, extending by six months the Parties' deadlines in this case. The Court also ordered that the Parties file joint status reports every 60 days, beginning on April 15, 2021. On April 15, June 15, and August 16, the Parties reported that they had been in regular communications about whether this case can be resolved without further litigation.

Those discussions have continued, and the Parties remain hopeful that they can avoid further litigation. They have had recent, productive talks, and they continue to exchange draft documents that would resolve the case. The Parties request additional time to see that process through, including to allow for Plaintiff consultation with clients, and therefore propose that they file a resolution to this case, or another joint status report, by October 15, 2021.

The Parties suggest that, should they prove unable to resolve the case without further litigation, they propose a briefing schedule for Defendants' response to Plaintiffs' Amended Complaint.

//

Dated: September 15, 2021

Respectfully submitted,

BRIAN M. BOYNTON
Acting Assistant Attorney General

STEPHANIE HINDS
Acting United States Attorney

ALEXANDER K. HAAS
Director, Federal Programs Branch

BRIGHAM J. BOWEN
Assistant Branch Director

*/s/ Jason C. Lynch*
JASON C. LYNCH (D.C. Bar No. 1016319)
MICHAEL P. CLENDENEN (D.C. Bar No. 1660991)
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20530
Tel: (202) 514-1359
Fax: (202) 616-8460

1  Email: jason.lynch@usdoj.gov

2  *Attorneys for Defendants*

3  /s/ Jonathan B. Miller

4  JONATHAN B. MILLER, Legal Director
   Admitted *Pro Hac Vice*

5  JILL HABIG, President, CA SBN 268770
   LIJIA GONG, Counsel, CA SBN 294268

6  Public Rights Project
   4096 Piedmont Avenue #149

7  Oakland, California 94611
   T: (301) 335-3828

8  Email: jon@publicrightsproject.org

9
   *Attorneys for Plaintiffs*

10
   OFFICE OF THE CITY ATTORNEY

11 CITY OF PORTLAND
   ROBERT TAYLOR, OR SBN 044287

12 Interim City Attorney
   Admitted *Pro Hac Vice*

13 DENIS VANNIER, OR SBN 044406
   Senior Deputy City Attorney

14 Admitted *Pro Hac Vice*
   NAOMI SHEFFIELD, OR SBN 170601

15 Deputy City Attorney
   Admitted *Pro Hac Vice*

16 1221 SW 4th Avenue, Suite 430

17 Portland, Oregon 97204
   T: (503) 823-4047; F: (503) 823-3089

18 Email: robert.taylor@portlandoregon.gov

19
   *Attorneys for Plaintiff City of Portland*

20
   OFFICE OF THE CITY ATTORNEY

21 CITY OF OAKLAND
   BARBARA J. PARKER, CA SBN 069722

22 City Attorney
   MARIA BEE, CA SBN 167716

23 Chief Assistant City Attorney
   ZOE M. SAVITSKY, CA SBN 281616

24 Supervising Deputy City Attorney
   MALIA MCPHERSON, CA SBN 313918

25 Deputy City Attorney

26 One Frank H. Ogawa Plaza, 6th Floor
   Oakland, California 94612

27 T: (510) 238-3601; F: (510) 238-6500

28

JOINT STATUS REPORT

1    Email:  zsavitsky@oaklandcityattorney.org

2    *Attorneys for Plaintiff City of Oakland*

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28