| | |
|---|---|
| OFFICE OF THE CITY ATTORNEY<br>CITY OF PORTLAND<br>ROBERT TAYLOR, OR State Bar # 044287<br>City Attorney<br>*Admitted Pro Hac Vice*<br>DENIS VANNIER, OR State Bar # 044406<br>Senior Deputy City Attorney<br>*Admitted Pro Hac Vice*<br>NAOMI SHEFFIELD, OR State Bar # 170601<br>Deputy City Attorney<br>*Admitted Pro Hac Vice*<br>1221 SW 4th Avenue, Suite 430<br>Portland, Oregon 97204<br>T: (503) 823-4047; F: (503) 823-3089<br>Email: robert.taylor@portlandoregon.gov<br>       denis.vannier@portlandoregon.gov<br>       naomi.sheffield@portlandoregon.gov<br>*Attorneys for Plaintiff City of Portland* | OFFICE OF THE CITY ATTORNEY<br>CITY OF OAKLAND<br>BARBARA J. PARKER, CA State Bar # 069722<br>City Attorney<br>MARIA BEE, CA State Bar # 167716<br>Chief Assistant City Attorney<br>ZOE M. SAVITSKY, CA State Bar # 281616<br>Supervising Deputy City Attorney<br>MALIA MCPHERSON, CA State Bar # 313918<br>Deputy City Attorney<br>One Frank H. Ogawa Plaza, 6th Floor<br>Oakland, California 94612<br>T: (510) 238-6623; F: (510) 238-6500<br>Email: zsavitsky@oaklandcityattorney.org<br>       mmcpherson@oaklandcityattorney.org<br>*Attorneys for Plaintiff City of Oakland*<br><br>JILL HABIG, President, CA State Bar # 268770<br>JONATHAN B. MILLER, Legal Director, MA State Bar # 663012<br>*Admitted Pro Hac Vice*<br>4096 Piedmont Avenue #149<br>Oakland, California 94611<br>T: (301) 335-3828<br>Email: jon@publicrightsproject.org<br>*Attorneys for Plaintiffs* |

BRIAN M. BOYNTON
Acting Assistant Attorney General
STEPHANIE HINDS
Acting United States Attorney
ALEXANDER K. HAAS
Director, Federal Programs Branch
BRIGHAM J. BOWEN
Assistant Branch Director

JASON C. LYNCH (D.C. Bar No. 1016319)
MICHAEL P. CLENDENEN (D.C. Bar No. 1660991)
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20530
Tel: (202) 514-1359
Fax: (202) 616-8460
Email: jason.lynch@usdoj.gov

*Attorneys for Defendants*

STIPULATION OF DISMISSAL OF FIRST AMENDED COMPLAINT WITHOUT PREJUDICE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THE CITY OF PORTLAND AND THE CITY OF OAKLAND,<br><br>Plaintiffs,<br><br>v.<br><br>MERRICK GARLAND, in his official capacity as United States Attorney General, *et al.*,<br><br>Defendants. | Case No. 3:20-cv-7184-EMC<br><br>**STIPULATION OF DISMISSAL OF FIRST AMENDED COMPLAINT WITHOUT PREJUDICE** |

**STIPULATION OF DISMISSAL OF FIRST AMENDED COMPLAINT**

On September 15, 2021, the Court approved the Parties' proposal to file another joint status report by October 15, 2021. The Parties recently filed that report, *see* ECF No. 56. The Parties hereby stipulate to the dismissing of this matter without prejudice pursuant to Federal Rule of Civil Procedure 41(a). The Parties agree to each bear their own fees and costs.

Dated: October 15, 2021

Respectfully submitted,

BRIAN M. BOYNTON
Acting Assistant Attorney General

STEPHANIE HINDS
Acting United States Attorney

ALEXANDER K. HAAS
Director, Federal Programs Branch

BRIGHAM J. BOWEN
Assistant Branch Director

*/s/ Jason C. Lynch*
JASON C. LYNCH (D.C. Bar No. 1016319)
MICHAEL P. CLENDENEN (D.C. Bar No. 1660991)
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20530
Tel: (202) 514-1359
Fax: (202) 616-8460
Email: jason.lynch@usdoj.gov

*Attorneys for Defendants*

*/s/ Jonathan B. Miller*
JONATHAN B. MILLER, Legal Director
Admitted *Pro Hac Vice*
JILL HABIG, President, CA SBN 268770
Public Rights Project
4096 Piedmont Avenue #149
Oakland, California 94611
T: (301) 335-3828
Email: jon@publicrightsproject.org

*Attorneys for Plaintiffs*

STIPULATION OF DISMISSAL OF FIRST AMENDED COMPLAINT WITHOUT PREJUDICE

OFFICE OF THE CITY ATTORNEY
CITY OF PORTLAND
ROBERT TAYLOR, OR SBN 044287
City Attorney
Admitted *Pro Hac Vice*
DENIS VANNIER, OR SBN 044406
Senior Deputy City Attorney
Admitted *Pro Hac Vice*
NAOMI SHEFFIELD, OR SBN 170601
Deputy City Attorney
Admitted *Pro Hac Vice*
1221 SW 4th Avenue, Suite 430
Portland, Oregon 97204
T: (503) 823-4047;  F: (503) 823-3089
Email:  robert.taylor@portlandoregon.gov

*Attorneys for Plaintiff City of Portland*

OFFICE OF THE CITY ATTORNEY
CITY OF OAKLAND
BARBARA J. PARKER, CA SBN 069722
City Attorney
MARIA BEE, CA SBN 167716
Chief Assistant City Attorney
ZOE M. SAVITSKY, CA SBN 281616
Supervising Deputy City Attorney
MALIA MCPHERSON, CA SBN 313918
Deputy City Attorney
One Frank H. Ogawa Plaza, 6th Floor
Oakland, California  94612
T: (510) 238-3601;  F: (510) 238-6500
Email:  zsavitsky@oaklandcityattorney.org

*Attorneys for Plaintiff City of Oakland*

STIPULATION OF DISMISSAL OF FIRST AMENDED COMPLAINT WITHOUT PREJUDICE

**[PROPOSED] ORDER**

Pursuant to Federal Rule of Civil Procedure 41(a), Plaintiffs' First Amended Complaint is dismissed without prejudice, with all parties bearing their own fees and costs. IT IS SO ORDERED

Date: October 15, 2021

EDWARD M. CHEN
United States District Judge